IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANET M. COLEMAN,

    Plaintiff,                                               ORDER

v.

                                                     Case No. 17-cv-63-wmc

CITY OF WAUSAU,

    Defendant.

Plaintiff Janet M. Coleman has filed a proposed civil complaint. Plaintiff has not paid the $400 filing fee nor asked for leave to proceed without prepayment of fees or costs. In the event that plaintiff wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiff qualifies as indigent.

ORDER

IT IS ORDERED that plaintiff Janet M. Coleman may have until February 27, 2017, in which to either pay the $400 filing fee or to submit an affidavit of indigency and return it to the court. If, by February 27, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of January, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge