IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANET M. COLEMAN,

    Plaintiff,

v.

CITY OF WAUSAU,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-63-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant City of Wausau dismissing this case.

| /s/ | 8/22/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |